UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
    Plaintiff

v.                             CRIMINAL NO. 3:00CR217(EBB)

FREDERICK MCCARTHY,
    Defendant           DECEMBER 19, 2006

### MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

The defendant, through his undersigned counsel, respectfully requests that this Court modify the Supervised Release by ordering it terminated.

In support of this motion, the defendant states:

1. He was sentenced in this Court on February 4, 2004, to a period of incarceration for one year and one day to be followed by a period of three years Supervised Release.

2. The defendant has satisfactorily completed the incarceration portion of his sentence. He has been on Supervised Release since the date of his release from prison which is approximately 23 months ago. He has complied with all the conditions of that supervised release, to wit:

      a.     He caused to be paid a total of $1,000,000.00 prior to his incarceration, $850,000.00 of which went to the Treasurer of the State of Connecticut; $110,000.00 to the Securities Exchange Commission; and $40,000.00 to the United States Courts.

      b.     He completed 500 hours of community service through assignment by the United States Probation Office in West Palm Beach, Florida, to work with the Sickle Cell Foundation of Palm Beach County. He worked at the Foundation from February to May, 2005, completing all the required hours.

      c.     In addition, subsequent to terminating his required hours at the Sickle Cell Foundation, the defendant volunteered to assist in the Foundation's 2006 annual fund drive and raised over $40,000.00 from more than 120 donors for the Foundation. He has committed to assist again with the Foundation's 2007 fund raiser.

3.     The defendant is anxious to seek restoration of his civil rights in accordance with the laws of the State of Florida which require that he have completed all conditions of any criminal sentence imposed.

4.     The defendant is now 65 years old and wishes to spend time with his family. His son Daniel and his wife, Olivia, are expecting his first grandchild

and reside in Palm Desert, California; his son Frederick, III resides in New York City; and his daughter Catherine and her husband reside in Boston. Travel restrictions require that he first seek permission to visit his children.

5. In addition, his 68-year old sister, Annette Dyer, resides in Winter Park, Florida and his 70-year old cousin, Lee Harrington resides in De Bary, Florida. Travel restrictions also make contact with these relatives difficult.

6. And for such further reasons as may become apparent upon the hearing of this motion.

>THE DEFENDANT,
>FREDERICK MCCARTHY
>
>By _____
>    William F. Dow, III ct00161
>JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
>    350 Orange Street
>    New Haven, CT 06503
>    Telephone: (203) 772-3100
>    E-mail: wdow@jacobslaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 19th day of December, 2006 to the following:

Nora Dannehy, Esq.
Assistant United States Attorney
Office of the United States Attorney
450 Main Street
Hartford, CT 06103

William F. Dow, III

- 4 -